83 A.3d 412

**Michelle SEIDNER, Petitioner**

v.

**FIRST JUDICIAL DISTRICT OF PENNSYLVANIA, Respondent.**

**No. 169 EM 2013.**

Supreme Court of Pennsylvania.

Jan. 16, 2014.

## *ORDER*

PER CURIAM.

**AND NOW,** this 16th day of January, 2014, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Mandamus and the Application for Leave to File a Reply are **DENIED.**